CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 JAN 22 AM 9: 35

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TONY WILSON, | § | |
| Petitioner, | § | |
| v. | § | 2:10-CV-0020 |
| | § | (Consolidated with 2:10-CV-0062) |
| RICK THALER, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING, IN PART, DISMISSING, IN PART,
### PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus. On December 21, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied, in part, and dismissed, in part. As of this date, no objections to the Report and Recommendation have been filed by either party.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED, in part, and DISMISSED, in part.

IT IS SO ORDERED.

ENTERED this 22nd day of January 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE